UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM PERRY WILKERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-cv-0044 SNL |
| ) | |
| JAMES PURKETT, JOHN BAIN, ) | |
| THOMAS PEARSON, and STEVE LONG, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In an Order dated November 7, 2006, the Court dismissed Plaintiff's request for monetary relief, but granted Plaintiff leave to amend his Complaint so that he could maintain a cause of action for injunctive relief. Plaintiff was to amend his Complaint on or before December 4, 2006, otherwise the Court would dismiss Plaintiff's Complaint in its entirety. As of today's date, Plaintiff has failed to amend his Complaint or otherwise respond to this Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's cause of action be and is **DISMISSED**.

Dated this 11th day of December, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE